UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MICHELLE PETERSON, | ) |
| Plaintiff, | ) CV 05-869-ST |
| vs. | ) ORDER AWARDING FEES |
| | ) PURSUANT TO THE EQUAL ACCESS |
| JOANNE B. BARNHART, | ) TO JUSTICE ACT |
| Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,550.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees of $6,550.00 are hereby awarded to Plaintiff. No costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this _10_ day of _Feb_, 2006

_____
~~Janice M. Stewart~~
United States District Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1